UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., §<br>    Plaintiff, §<br> §<br> § Civil Action No.<br>v. § DR-17-CV-44–AM/CW<br> §<br>ALONZO R. GARCIA A/K/A §<br>ALONZO RUIZ GARCIA D/B/A BIG §<br>AL'S SPORTS BAR, §<br>    Defendant. § | |

FILED
JAN 17 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## JUDGMENT

In accordance with the Plaintiff J&J Sports Productions, Inc.'s acceptance of the Defendant Alonzo R. Garcia's offer of judgment (ECF No. 15 at 5), and pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED, AND DECREED** that a judgment in a total amount of $10,000.00, including recoverable costs and attorneys' fees, is entered in favor of the Plaintiff J&J Sports Productions, Inc. and against the Defendant Alonzo R. Garcia, on all of the Plaintiff's counts against the Defendant. Because all matters are now resolved, the Clerk of Court shall terminate this cause of action.

SIGNED this 17th day of January, 2019.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE